Mark G. Simons, Esq., NSB No. 5132
SIMONS LAW, PC
6490 S. McCarran Blvd., #C-20
Reno, NV 89509
Telephone: (775) 785-0088
Facsimile: (775) 785-0087
Email: mark@mgsimonslaw.com

Kevin Perkins, Esq.
VANACOUR PERKINS, PLLC
14675 Midway Road, Suite 100
Addison, TX 75001
Telephone: (976) 646-3999
Email: kperkins@vanacourperkins.com
*(Pro Hac Vice Forthcoming)*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE ANDONIAN, et al., | CASE NO.: 2-18-cv-01854-JAD-VCF |
| Plaintiffs, | |
| v. | **ORDER AND DEFAULT JUDGMENT** |
| CANYON ACQUISTIONS LLC, a Nevada corporation, et al., | ECF No. 12 |
| Defendant. | |

Pursuant the Federal Rules of Civil Procedure, Plaintiffs in the above styled matter presented an entry of judgment against CANYON ACQUISITIONS LLC, CANYON ACQUISITIONS INTERNATIONAL, LLC, and COPAL RESORT DEVELOPMENT GROUP, LLC (collectively "Defendants") and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that (1) Plaintiffs have properly served Defendants under applicable law, (2) Defendants having received notice have willfully chosen to fail to appear or otherwise defend themselves in this matter, (3) this Court has determined and finds as a matter of law that it has jurisdiction over this matter and the parties to this matter, and (4) Plaintiff has provided sufficient evidence to meet its burden of proof under the *Eitel* factors. Accordingly the Motion for Default Judgment **[ECF No. 12] is GRANTED** as follows:

1. Plaintiffs are awarded a monetary judgment against Defendants in the principal amount of FOUR MILLION ONE HUNDRED NINETY THOUSAND ONE HUNDRED THIRTY-EIGHT AND 56/100 DOLLARS ($4,190,138.56);

2. Pursuant to 28 U.S.C. § 1961, Plaintiff is awarded post-judgment interest per annum from date of the entry of judgment until the judgment is satisfied.

IT IS FURTHER ORDERED that Plaintiffs are awarded their costs and fees associated with filing and enforcing this matter, including their attorneys' fees, in the amount of $3,945.00; and

IT IS FURTHER ORDERED that he **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 28, 2019

SIMONS LAW, PC
6490 S. McCarran Blvd., #C-20
Reno, NV 89503
(775) 785-0088